UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: Michael Warren Lickliter      §      Case No. 9:09-bk-28673-BSS
      Susan Lynne Lickliter             §
                                       §
           Debtors                       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jon M Waage, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/17/2009.

2) The plan was confirmed on 11/05/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/24/2012.

5) The case was converted on 07/19/2012.

6) Number of months from filing or conversion to last payment: 27.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,000.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 7,492.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,492.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,250.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 457.31 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,707.31 |
| Attorney fees paid and disclosed by debtor: | $ 2,000.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Sec | 140,337.00 | NA | NA | 0.00 | 0.00 |
| GTE Federal Credit Union | Con | 2,515.00 | 8,160.00 | 8,160.00 | 140.55 | 0.00 |
| GTE Federal Credit Union | Uns | 0.00 | 8,734.47 | 8,734.47 | 0.00 | 0.00 |
| SUNTRUST BANK | Sec | 23,317.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST MTG | Sec | 96,000.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST MORTGAGE | Sec | 33,600.00 | NA | NA | 0.00 | 0.00 |
| Charlotte County Utilities | Uns | 0.00 | 590.72 | 590.72 | 0.00 | 0.00 |
| Charlotte County Utilities | Uns | 0.00 | 569.30 | 569.30 | 0.00 | 0.00 |
| Candica, LLC | Uns | 0.00 | 4,675.18 | 4,675.18 | 126.06 | 0.00 |
| Candica, LLC | Uns | 0.00 | 5,220.39 | 5,220.39 | 147.56 | 0.00 |
| Candica, LLC | Uns | 0.00 | 5,713.10 | 5,713.10 | 161.49 | 0.00 |
| Becket & Lee, LLP | Uns | 0.00 | 8,486.90 | 8,486.90 | 239.89 | 0.00 |
| Oak Harbor Capital, LLC | Uns | 0.00 | 4,322.44 | 4,322.44 | 122.18 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 14,344.54 | 14,344.54 | 405.46 | 0.00 |
| East Bay Funding | Uns | 0.00 | 5,103.03 | 5,103.03 | 144.24 | 0.00 |
| Candica, LLC | Uns | 0.00 | 5,871.33 | 5,871.33 | 165.97 | 0.00 |
| LVNV Funding | Uns | 0.00 | 7,588.99 | 7,588.99 | 214.50 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 3,062.84 | 3,062.84 | 86.58 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 8,013.18 | 8,013.18 | 226.49 | 0.00 |
| HSBC Bank | Uns | 0.00 | 2,376.00 | 2,376.00 | 67.41 | 0.00 |
| SunTrust Bank | Uns | 0.00 | 106,284.27 | 106,284.27 | 3,004.21 | 0.00 |
| Dreambuiling Investments | Uns | 0.00 | 18,825.00 | 18,825.00 | 532.10 | 0.00 |
| ADVANTA BANK | Uns | 8,486.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 14,344.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 5,103.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 4,322.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Uns | 5,871.00 | NA | NA | 0.00 | 0.00 |
| BK OF AMER | Uns | 19,937.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 5,100.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL OEN BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHARLOTTE COUNTY UTILITIES | Uns | 462.14 | NA | NA | 0.00 | 0.00 |
| CHARLOTTE COUNTY UTILITIES | Uns | 441.96 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 7,588.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/SAMS CLUB | Uns | 3,062.00 | NA | NA | 0.00 | 0.00 |
| GTE FCU VISA/MC | Uns | 14,913.00 | NA | NA | 0.00 | 0.00 |
| GTE FEDERAL CU | Uns | 18,825.00 | NA | NA | 0.00 | 0.00 |
| HSBC/MUSIC | Uns | 3,642.00 | NA | NA | 0.00 | 0.00 |
| HSBC/RS | Uns | 2,376.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL BUYER | Uns | 362.83 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 8,013.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST ABNK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| The Dellutri Law Group, PA | Lgl | 0.00 | 3,000.00 | 3,000.00 | 1,000.00 | 0.00 |
| The Dellutri Law Group, PA | Lgl | 0.00 | 250.00 | 250.00 | 250.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 8,160.00 | $ 140.55 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,160.00 | $ 140.55 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 209,781.68 | $ 5,644.14 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,707.31 |
| Disbursements to Creditors | $ 5,784.69 |
| **TOTAL DISBURSEMENTS:** | $ 7,492.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>07/23/2012</u>        By:  <u>/s/ Jon M Waage</u>
                                                           Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**